**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARDO V. SORIA, CELIA HERNANDEZ SORIA, and J. BERNARDO H. SORIA,<br>　　　　　　Defendants. | Case No. CV 15-1856 DMG (JCx)<br><br>**JUDGMENT** |

1  2    This Court having granted the motion by Plaintiff Raul Uriarte for summary judgment by order dated October 26, 2016,

3  4  5    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Bernardo V. Soria, Celia Hernandez Soria, and J. Bernardo H. Soria in the following amount:  $4,000.

6  7  8  9    Defendants are enjoined, to the extent Defendants have the legal right to do so, to provide at least one van parking space compliant with the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq.*, in the parking facility located at Ed's Garage, located at or about 15514 S. Atlantic Avenue, Compton, California.

11  **IT IS SO ORDERED.**

13  DATED:  October 26, 2016

14  15                                                                   
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE